Entered: June 15th, 2022
Signed: June 14th, 2022
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **21–13788 – LSS**   Chapter: **13**

**Beverley Yvonne Downie**
Debtor

## ORDER SUSTAINING AFFIDAVIT OF DEFAULT

On May 16, 2022, this matter came before the Court for a hearing on the Affidavit of Default [Dkt. No. 63], filed by Servis One, Inc. dba BSI Financial Services, Inc., servicer for Headlands Alternative Investments, LP, and the Response [Dkt. No. 65], filed by Debtor. For the reasons stated on the record at the conclusion of the hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Affidavit of Default [Dkt. No. 63] is SUSTAINED.

cc:   Debtor
      Attorney for Debtor – Bennie Brooks
      Movant – Richard J. Rogers
      Case Trustee – Timothy P. Branigan

**End of Order**

44x04 (rev. 07/29/2016) – JacobMasters